AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

RONDELL CLARK

Case No. 2:24cr131

FID# 11740622

*Defendant*

RECEIVED 2024 NOV 21 P 4:00 UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rondell Clark
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Mail Fraud (Count One, et al.)

Date: 11/21/2024

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

Arrested in Southern District of Texas, Corpus Christi on November 25, 2024.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

RONDELL CLARK

Defendant

Case No. 2:24cr131

FID: 11740622

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rondell Clark
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Mail Fraud (Count One, et al.)

Date: 11/21/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-21-2024, and the person was arrested on *(date)* 11-25-2024
at *(city and state)* Corpus Christi, TX

Date: 11-25-2024

*Arresting officer's signature*

Gilbert Gonzalez   DUSM
*Printed name and title*