AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## ORIGINAL

for the

Eastern District of Virginia

## SEALED

United States of America

v.

CHRISTOPHER CLARK

_____
*Defendant*

Case No. 2:24cr131

FID# 1174D611

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Christopher Clark                                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Mail Fraud (Count One, et al.)

Date:      11/21/2024

_____
*Issuing officer's signature*

City and state:     Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Arrested by Southern District of Texas, Corpus Christi on November 25, 2024.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

**ORIGINAL**

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:24cr131 |
| | ) | |
| CHRISTOPHER CLARK | ) | F𝓘O: 11740611 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Christopher Clark

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Mail Fraud (Count One, et al.)

Date:     11/21/2024

*Issuing officer's signature*

City and state:     Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 11·21·2024, and the person was arrested on *(date)* 11·25·2024 at *(city and state)* Corpus Christi, TX. | |
| Date: 11·25·2024 | *Arresting officer's signature* |
| | Gilbert Gonzalez DUSM |
| | *Printed name and title* |